# Court of Appeals
# of the State of Georgia

ATLANTA, <u>December 15, 2025</u>

*The Court of Appeals hereby passes the following order:*

## A26E0105. JOSHUA WRIGHT v. BRENDAN F. MURPHY, JUDGE et al.

Before this Court is Joshua Wright's pro se "Petition for Writ of Mandamus and Renewed Emergency Motion to Stay." The motion is hereby DENIED.

This is Wright's seventh denied emergency motion or petition filed in this Court that is related to *Wright v. Wright*, Civil Action No. 24-1-03762, which is pending in the Superior Court of Cobb County. See Case Nos. A26E0013 (decided Aug. 7, 2025); A26E0027 (decided Aug. 18, 2025); A26E0038 (decided Aug. 27, 2025); A26E0044 (decided Sept. 2, 2025); A26E0057 (decided Sept. 19, 2025); A26A0103 (decided Dec. 10, 2025). In Case No. A26E0038, we cautioned Wright "against filing future motions or pleadings in this Court that have no substantial basis in law[,]" and we advised that "Rule 7 (e) (2) permits this Court to levy penalties for frivolous appeals, applications, or motions against a party or his counsel (including pro se litigants pursuant to Rule 2 (d)) with a penalty of up to $2,500, and the penalty shall constitute a money judgment." We further admonished that "it is our duty to warn the movant that repeated frivolous . . . litigation may result in his access to the courts being restricted." Subsequently, in Case No. A26E0057, we determined that Wright's fifth emergency motion was "wholly and undeservedly frivolous" and imposed a penalty against him in the amount of $2,500, to be remitted and paid to the Clerk of this Court within ten days of the order, which was entered on September 19, 2025. To date, Wright has failed to pay that penalty.

This Court finds that Wright has abused the judicial process by filing frivolous emergency motions and petitions in this Court, and he has been warned against

persisting in filing such motions and petitions. Additionally, a financial penalty for frivolous filings has been imposed on Wright by this Court that he has not paid. Accordingly, Wright's access to this Court is restricted as follows. Wright is hereby ORDERED to cease filing in this Court any emergency motions or petitions related to Civil Action No. 24-1-03762. Wright is hereby notified that no further emergency motions or petitions will be accepted by this Court for filing with respect to that civil action, and any attempt to file such a motion or petition will subject him to contempt sanctions pursuant to Court of Appeals Rule 7.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _12/15/2025_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Revised Rule 7 (e) (2) permits this Court to impose a penalty not to exceed $10,000 for frivolous motions.